IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUSTIN DIVISION
2005 APR 22 PM 3:42
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. A-97-CR-184-JN |
| | § | |
| LARRY STAUFFER, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion for Early Termination of Supervised Release and Partial Remittitur of Fine (Clerk's Doc. No. 56) filed 1 April 2005. The Court has reviewed the Motion, the applicable legal authority, and the entire case file. Moreover, the Court has reviewed an advisory from Albert Sanchez, Senior U.S. Probation Officer, recommending that Defendant's request be denied. Based on the foregoing, the Court finds that Defendant's Motion should be DENIED.

IT IS THEREFORE ORDERED that Defendant's Motion for Early Termination of Supervised Release and Partial Remittitur of Fine (Clerk's Doc. No. 56) is hereby DENIED.

SIGNED AND ENTERED this 22nd day of April, 2005.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE